UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
BERNARDO CASTILLO ZAMORA, JOSE EDWIN
MENDEZ, AND JAVIER DIAZ PLAZA,

                              Plaintiffs,

Case No.: 1:22-cv-05739

**NOTICE OF APPEARANCE**

       *-against-*

JGL RESTAURANT CORP. d/b/a ITALIAN
VILLAGE PIZZA, and JOSE LEON,
                              Defendants.
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants JGL Restaurant Corp. (d/b/a Italian Village Pizza), and Jose Leon (collectively, the "Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

        LEVIN-EPSTEIN & ASSOCIATES, P.C.
        60 East 42nd Street, Suite 4700
        New York, New York 10165

Dated: July 25, 2022
       New York, New York

                        By:    /s/*Joshua D. Levin-Epstein*
                                  Joshua D. Levin-Epstein, Esq.
                                  Levin-Epstein & Associates, P.C.
                                  60 East 42nd Street, Suite 4700
                                  New York, New York 10165
                                  Telephone: (212) 792-0046
                                  Email: Joshua@levinepstein.com