**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
BERNARDO CASTILLO ZAMORA, JOSE EDWIN       Case No.: 1:22-cv-05739
MENDEZ, AND JAVIER DIAZ PLAZA,

                                                    Plaintiffs,       **NOTICE OF APPEARANCE**

     *-against-*

JGL RESTAURANT CORP. d/b/a ITALIAN
VILLAGE PIZZA, and JOSE LEON,
                                  Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants JGL Restaurant Corp. (d/b/a Italian Village Pizza), and Jose Leon (collectively, the "Defendants") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

                      LEVIN-EPSTEIN & ASSOCIATES, P.C.
                      60 East 42nd Street, Suite 4700
                      New York, New York 10165

Dated: July 25, 2022
       New York, New York

                            By:    /s/*Jason Mizrahi*
                                      Jason Mizrahi, Esq.
                                      Levin-Epstein & Associates, P.C.
                                      60 East 42nd Street, Suite 4700
                                      New York, New York 10165
                                      Telephone: (212) 792-0048
                                      Email: Jason@levinepstein.com