



# HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

---

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591  Fax. (718) 263-9598

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 18, 2022

November 9, 2022

**Via ECF**
The Honorable District Judge Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Zamora v. JGL Restaurant Corp., et al.**
     **22-CV-5739 (ALC)**

Dear Judge Carter:

    Our office represents the Plaintiff in the above-referenced matter and we submit this status report regarding mediation jointly with Defendants pursuant to the October 25, 2022 Order.

    The parties had scheduled mediation for October 25, 2022, but due to a conflict with Defendants' schedule, the mediation was rescheduled for November 28, 2022, the earliest available for both parties and the mediator. The parties propose filing a further status report within one week of the mediation date – or by December 5, 2022 – to advise the Court of its outcome.

    We thank the Court for its continued consideration on this matter and remain available to provide any additional information.

                                               Respectfully submitted,

                                               /s/ James O'Donnell
                                               James O'Donnell, Esq.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Nov. 18, 2022