UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BERNARDO CASTILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, individually and on behalf of all others similarly situated,

                   Plaintiffs,

   -against-

JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA, and JOSE LEON, as an individual,

                  Defendants.

---------------------------------------------------------------- x

22-CV-5739 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The parties are ordered to provide a Joint Status Report to the Court on or before February 21, 2023.

**SO ORDERED.**

**Dated:**    New York, New York
            February 6, 2023

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**