UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARDO CASILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> -v-<br><br>JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA and JOSE LEON,<br><br>        Defendants. | CIVIL ACTION NO. 22 Civ. 5739 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 22 (the "PCMP")), the Court has determined that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for November 20, 2023 (ECF No. 21) is CANCELLED. The Court will enter the PCMP by separate Order.

A telephonic status conference is scheduled for **Tuesday, January 30, 2024 at 10:00 a.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (860) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared to discussed the progress they have made in discovery, as well as their willingness and availability to schedule a settlement conference with the Court.

The Clerk of Court is respectfully directed to terminate the November 20, 2023 ICMC.

Dated: New York, New York
November 13, 2023

SO ORDERED.

*[signature: Sarah L. Cave]*

SARAH L. CAVE
United States Magistrate Judge

2