UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARDO CASILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>  -v-<br><br>JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA and JOSE LEON,<br><br>                  Defendants. | CIVIL ACTION NO. 22 Civ. 5739 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Today, March 6, 2024, due to Defendants' failure to comply with the Court's January 30, 2024 Order and timely submit a pre-mediation statement (ECF No. 26), the Court issued an Order cancelling the virtual settlement conference previously scheduled for Monday, March 11, 2024 at 2:00 p.m. (the "Settlement Conference") and requiring Defendants to show cause explaining their failure to abide by the Court's Order. (ECF No. 28 (the "OTSC")). Minutes after the OTSC was docketed, Defendants provided their pre-mediation statement to Chambers by email. Minutes later, Defendants filed a letter-motion seeking to adjourn the Settlement Conference because Defendant Jose Leon has been summoned for jury duty and will be unavailable. (ECF No. 29 (the "Request")).

The request is DENIED. The Settlement Conference has been cancelled. (ECF No. 28). To the extent the parties would like to reinstate the Settlement Conference for a different date, by **March 8, 2024**, they shall meet and confer and file a joint letter on the docket providing at least three mutually-agreeable proposed dates and times.

Defendants MUST still comply with the OTSC, which set a March 13, 2024 deadline to explain their failure to timely comply with the Court's Order.  Furthermore, Defendants' response to the OTSC must also set forth the date on which Mr. Leon became aware he would be unavailable for the Settlement Conference on March 11, 2024, and shall include a copy of his summons for jury duty.

The Clerk of Court is respectfully directed to close ECF No. 29.

Dated: New York, New York
March 6, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge