UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CASTILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA and JOSE LEON,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5739 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 36 is GRANTED, and the virtual settlement conference scheduled for May 14, 2024 is RESCHEDULED to **Monday, June 24, 2024 at 2:00 p.m.** (the "Conference"). To the extent the parties would like to revise their pre-mediation statements or attendance acknowledgement forms prior to the Conference, they may do so via email, with copies to all parties, by **June 17, 2024**. All other aspects of the Court's Scheduling Order at ECF No. 33 remain in effect.

The Clerk is respectfully directed to close ECF No. 36 and to set this conference as a settlement conference even though it will take place by videoconference.

Dated:     New York, New York
             May 9, 2024                               SO ORDERED.

                                                                                     SARAH L. CAVE
                                                                       **United States Magistrate Judge**