UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CASTILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA and JOSE LEON,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5739 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 38 is GRANTED, and the virtual settlement conference scheduled for June 24, 2024 is RESCHEDULED to **Wednesday, July 10, 2024 at 2:30 p.m.** (the "Conference"). To the extent the parties would like to revise their pre-mediation statements or attendance acknowledgement forms prior to the Conference, they may do so via email, with copies to all parties, by **July 3, 2024**. All other aspects of the Court's Scheduling Order at ECF No. 33 remain in effect.

The Clerk is respectfully directed to set this conference as a settlement conference even though it will take place by videoconference.

Dated:    New York, New York
             June 20, 2024                              SO ORDERED.

                                                                             *[signature]*
                                                                         SARAH L. CAVE
                                                                      **United States Magistrate Judge**