UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CASTILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, on behalf of themselves and all others similarly situated,

          Plaintiffs,

-v-

JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA and JOSE LEON,

          Defendants.

CIVIL ACTION NO. 22 Civ. 5739 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 40 is GRANTED, and the virtual settlement conference scheduled for July 10, 2024 is RESCHEDULED to **Thursday, August 8, 2024 at 10:00 a.m.** (the "Conference"). No further adjournments will be granted, and counsel for Defendants shall inform their principal client that his attendance at the Conference is required. To the extent the parties would like to revise their pre-mediation statements or attendance acknowledgement forms prior to the Conference, they may do so via email, with copies to all parties, by **August 1, 2024**. All other aspects of the Court's Scheduling Order at ECF No. 33 remain in effect.

The Clerk of Court is respectfully directed to (i) set this conference as a settlement conference even though it will take place by videoconference and (ii) close ECF No. 40.

Dated:    New York, New York
           July 9, 2024                                      SO ORDERED.

                                                                 *[signature]*
                                                           **SARAH L. CAVE**
                                                           **United States Magistrate Judge**