# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

*VIA ECF*
The Hon. Sarah L. Cave, U.S.M.J.
United Stated District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> The parties' Letter-Motion at ECF No. 45 is GRANTED, and the deadline to file a long-form settlement agreement compliant with the requirements described in the Court's September 12, 2024 Order (ECF No. 43) is EXTENDED to **Friday October 4, 2024**.
>
> The Clerk of Court is respectfully directed to close ECF No. 45.
>
> SO ORDERED.   9/27/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Zamora et al v. JGL Restaurant Corp. et al*
      **Case No.: 1:22-cv-05739-ALC-SLC**

Dear Honorable Magistrate Judge Cave:

This law firm represents Defendants JGL Restaurant Corp. (d/b/a Italian Village Pizza) and Jose Leon (together, the "Defendants") in the above-referenced matter. This letter is submitted jointly with counsel for Plaintiffs Bernardo Castillo Zamora, Jose Edwin Mendez, and Javier Diaz Plaza (collectively, the "Plaintiffs").

Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of time to file the parties' long-form settlement agreement, pursuant to *Cheeks,* from September 26, 2024 to, through and including, October 4, 2024.

This is the first request of its kind. If granted, the instant request would not affect any other Court-ordered deadlines.

The basis of the request is that the parties require additional time to finalize the necessary paperwork to effectuate the dismissal of the instant action.

Thank you, in advance, for your time and attention to this matter.

        Respectfully submitted,

        LEVIN-EPSTEIN & ASSOCIATES, P.C.

     By:  */s/ Jason Mizrahi*
       Jason Mizrahi, Esq.
       60 East 42nd Street, Suite 4700
       New York, New York 10165
       Tel. No.: (212) 792-0048
       Email: Jason@levinepstein.com
       *Attorneys for Defendants*

VIA ECF: All Counsel