UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CASTILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA and JOSE LEON,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5739 (SLC)

**ORDER TO SUBMIT SETTLEMENT MATERIALS**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 12, 2024, the parties advised the Court that they had accepted the undersigned's mediator's recommendation to settle this case. Consequently, and in line with the requirements of Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court directed the parties to submit a Motion for Settlement Approval (the "Motion") that addresses whether the settlement is fair and reasonable. (ECF No. 43 (the "Sept. 12 Order")). The Sept. 12 Order directed the parties to submit supporting documentation—including a copy of the settlement agreement, billing records, and "any retainer agreement"—with the Motion. (Id. at 2).

The parties have now submitted the Motion, which is supported by all of the requested materials except a copy of the retainer agreement between Plaintiffs and their counsel. (See ECF No. 47). The Motion, however, references such a document. (See id. at 5) ("Plaintiffs' attorneys and their client have a retainer agreement that is reduced to writing and is signed by the client.").

Accordingly, by **Monday, November 4, 2024**, counsel for Plaintiffs shall file a copy of the retainer agreement on the docket as a supplement to the MFSA.

Dated:	New York, New York
	October 31, 2024	SO ORDERED.

	_____
	**SARAH L. CAVE**
	**United States Magistrate Judge**