UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CASTILLO ZAMORA, JOSE EDWIN MENDEZ, and JAVIER DIAZ PLAZA, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

JGL RESTAURANT CORP. d/b/a ITALIAN VILLAGE PIZZA and JOSE LEON,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5739 (SLC)

**ORDER TO SUBMIT SETTLEMENT MATERIALS**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' Motion for Settlement Approval (ECF No. 47 (the "Motion")) and the accompanying "Agreement and Release" (ECF No. 47-1 (the "Agreement")). In the Motion, Plaintiffs' counsel states that Plaintiffs' primary language is Spanish (see ECF No. 47 at 2), but neither the Motion nor the Agreement represent that the Agreement was translated into Spanish prior to execution. Consequently, by **Wednesday, November 13, 2024,** Plaintiffs' counsel shall file a declaration attesting that the Agreement was translated before Plaintiffs executed it. See Sanchez v. Alan's R E 99 Cents & Up Inc., No. 16 Civ. 1881 (CBA) (LB), 2018 WL 2452784, at *5 (E.D.N.Y. Apr. 24, 2018) (requiring submission of proof that a settlement agreement had been translated into the plaintiff's primary language).

Dated:     New York, New York
             November 6, 2024               SO ORDERED.

                                                                           */s/ Sarah L. Cave*
                                                             **SARAH L. CAVE**
                                                             **United States Magistrate Judge**