UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAMORA, et al., individually and on behalf of all others similarly situated,<br><br>                                   Plaintiffs,<br><br>         - against -<br><br>JGL RESTAURANT CORP., et al.,<br><br>                                   Defendants. | Case No. 1:22-CV-5739 (SLC)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated:   December 23, 2024
            Kew Gardens, New York

| HELEN F. DALTON & ASSOCIATES, P.C | LEVIN-EPSTEIN & ASSOCIATES, P.C |
|---|---|
| By: _/s/James O'Donnell_<br>   James Patrick O'Donnell, Esq.<br>   80-02 Kew Gardens Road, Suite 601<br>   Kew Gardens, NY 11415<br>   Tel: (718) 263-9591<br>   Emal: jamespodonnell86@gmail.com<br>   *Attorneys for Plaintiff* | By: ___/s/Jason Mizrahi____<br>   Jason Mizrahi, Esq.<br>   60 E. 42nd Street, Suite 4700<br>   New York, New York 10165<br>   Tel: (212) 792-0048<br>   Email: jason@levinepstein.com<br>   *Attorneys for Defendants* |

_/s/ Sarah L. Cave_
United States Magistrate Judge
December 27, 2024
SO ORDERED.